UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONNIE RENTFROW,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:25-cv-329

HON. JANE M. BECKERING

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). The parties filed a Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 15). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 18) on January 13, 2026, recommending that this Court grant in part and deny in part the request for fees. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 18) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 15) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation. Specifically, Plaintiff is awarded five thousand, eight hundred sixty dollars and eighty-eight cents ($5,860.88) pursuant to the EAJA and that such be paid directly to Plaintiff.

Dated: January 28, 2026

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge